BANK OF OR-
ANGE
v
VAN AUKIN.

BANK OF ORANGE *against* VAN AUKIN.

On removing a cause by *Hab. Corpus*, the plaintiff must declare within two terms after the return of the writ. But filing a declaration, and a *bona fide* attempt to serve it as by mailing a copy to the defendent's attorney, is a declaring within the rule. The third week is term time for all purposes except the test and return of writs. But whether it be so where the court aojourn before that time? *Quere.*

BLUNT, for the defendant, moved to set aside the default and all subsequent proceedings for irregularity. This cause was commenced in the *Orange* Common Pleas, and brought here by *Habeas Corpus*, returnable the *first Monday of August*, 1822 ; shortly after which the defendant put in special bail. On *Wednesday* of the *second week of January* term, thereafter, (*January* 15*th*) a declaration was filed and a rule to plead entered, and a copy, with notice of the rule, mailed to the defendant's attorney, where it arrived on the 20*th* of *January*, (*Monday the* 3*d week of term* ;) but the Court adjourned the *Saturday* preceding. The defendant disregarded the plaintiff's proceedings, and default was taken for not pleading, in *April* last ; and the question was, whether this was a declaring within two terms, according to the rule in *Drake* v. *Hunt*, (*Col. Cas.* 43,) so that the defendant was bound to plead.

*Blunt*, referred to that *case*, and also to *Cheetham* v. *Lewis*, (3 *Caines' Rep.* 256 ;) and contended that the two terms having elapsed on the 20*th*, when the defendant's attorney received the copy of the declaration and notice of the rule to plead, he was not bound to answer it.

*J. O. Hoffman, jun.* contra. The term continues during three weeks, for all purposes except the test and return of process ; to which the *Court* agreed. (*Sess.* 36, *ch.* 3, *s.* 1, 1 *R. L.* 318.)(*a*)

*Blunt*, remarked, that this might be the case, so long as the Court continued their session in the *third* week ; but they, in fact, adjourned at the last *January* term, on *Saturday* of the *second* week.

(*a*) By the *Judiciary act* of 1823, (*Sess.* 46, *ch.* 182, *s.* 1,) the terms, except for the purposes of test and return, may be continued *four* weeks.

*Curia.* Filing a declaration is a compliance with the rule, especially where there is a *bona fide* attempt, as in this case, to serve it. Here, then, was a declaring within the two terms, the declaration being filed, and a copy mailed to the defendant's attorney, before the end of the *second* week in term. The plaintiff is therefore regular; but as the defendant swears to merits, we grant the motion, on payment of costs.

Rule accordingly.